UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA ALEMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CAUSE NO.: 4:18-cv-00214-DDN** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THI of MISSOURI at GRAVOIS, L.L.C.,** | ) | |
| **d/b/a SUNSET HILLS HEALTH &** | ) | |
| **REHABILITATION CENTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon, by and among all of the parties, that these actions, and all claims asserted in these actions, are hereby dismissed WITHOUT PREJUDICE, with each party bearing its own costs.

Respectfully submitted,

FELLOWS & BLAKE, LLC                          KAMYKOWSKI, GAVIN & SMITH, P.C.

  /s/  Brad L. Blake                                        /s/  Mariel Taylor
Brad L. Blake, #38340                             Mary ("Mariel") L. Taylor #59996
13421 Manchester Road, Suite 105          222 S. Central Ave., Suite 1100
St. Louis, MO 63131                               St. Louis, MO 63105
Phone: 314-725-1600                             Phone: 314-665-3280
Fax: 314-725-1609                                 Fax: 314-762-6721
bblake@fellowsblakelaw.com                 Mariel@kgslawfirm.com

Attorneys for Plaintiff                            Attorneys for Defendants

## <u>CERTIFICATE OF MAILING</u>

The undersigned certifies that a true and correct copy of the foregoing document was sent by e-mail this 9ᵗʰ day of May, 2018, to:

Mariel Taylor
*mariel@kgslawfirm.com*
Kamykowski, Gavin & Smith, P.C.
222 S. Central Ave., Suite 1100
St. Louis, Missouri, 63105

Attorneys for Defendants