UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA ALEMAN, | ) |
| Plaintiff, | ) CAUSE NO.: 4:18-cv-00214-DDN |
| v. | ) |
| THI of MISSOURI at GRAVOIS, L.L.C., d/b/a SUNSET HILLS HEALTH & REHABILITATION CENTER, et al., | ) |
| Defendants. | ) |

*so ordered*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon, by and among all of the parties, that these actions, and all claims asserted in these actions, are hereby dismissed WITHOUT PREJUDICE, with each party bearing its own costs.

Respectfully submitted,

FELLOWS & BLAKE, LLC

/s/ Brad L. Blake
Brad L. Blake, #38340
13421 Manchester Road, Suite 105
St. Louis, MO 63131
Phone: 314-725-1600
Fax: 314-725-1609
bblake@fellowsblakelaw.com

Attorneys for Plaintiff

KAMYKOWSKI, GAVIN & SMITH, P.C.

/s/ Mariel Taylor
Mary ("Mariel") L. Taylor #59996
222 S. Central Ave., Suite 1100
St. Louis, MO 63105
Phone: 314-665-3280
Fax: 314-762-6721
Mariel@kgslawfirm.com

Attorneys for Defendants

## CERTIFICATE OF MAILING

The undersigned certifies that a true and correct copy of the foregoing document was sent by e-mail this 9th day of May, 2018, to:

Mariel Taylor
*mariel@kgslawfirm.com*
Kamykowski, Gavin & Smith, P.C.
222 S. Central Ave., Suite 1100
St. Louis, Missouri, 63105

Attorneys for Defendants